**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PAUL LISENBY,

                Plaintiff,

                v.                        Civil No. 5:25-cv-01525-JLS

OLYMPUS CORPORATION OF THE
AMERICAS, *et al.*,

                Defendants.

**ORDER**

    **AND NOW**, this 9th day of February, 2026, **IT IS HEREBY ORDERED** that the Motion of the Defendants to Dismiss the Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [Doc. 10] is **GRANTED**.

    The Complaint is **DISMISSED**, with prejudice.

                                      **BY THE COURT:**

                                      */s/ Jeffrey L. Schmehl*

                                      **JEFFREY L. SCHMEHL**
                                      **United States District Court Judge**